UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHORELINE ASSETS GROUP, LLC,<br><br>    Plaintiff,<br><br>    v.<br><br>ADAN ALVARADO MAYEN,<br><br>    Defendant. | Case No.  14-cv-04120-KAW<br><br>SUA SPONTE REFERRAL FOR PURPOSE OF DETERMINING RELATIONSHIP |

Pursuant to Civil Local Rule 3-12(c), this Court, sua sponte, refers the above-captioned case to Judge Jon S. Tigar to consider whether it is related to *Mayen v. Bank of America*, C-14-03757-JST.  Both cases concern the same parcel of real property located in Redwood City, California.  The parties shall file any response, whether in opposition to, or in support of, relating the cases within seven days of this order.[1]

**IT IS SO ORDERED**.

Dated:  11/04/2014

KANDIS A. WESTMORE
United States Magistrate Judge

---

[1] The Court extends this deadline to seven days instead of the regular four days because Mr. Mayen is not registered for electronic filing.