UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ADAN A. MAYEN,<br><br>    Plaintiff,<br><br>    v.<br><br>BANK OF AMERICA N.A., et al.,<br><br>    Defendants. | Case No. 14-cv-03757-JST<br><br>**ORDER WITHDRAWING ORDER RELATING CASES**<br><br>Re: ECF Nos. 23, 24 |

On November 10, 2014, the Court issued an Order Relating Cases. ECF No. 24. A closer examination of Judge Westmore's Sua Sponte Referral for Purpose of Determining Relationship of Cases, however, shows that she gave the parties seven days, rather than the usual four days, to respond to it. Therefore, the question is not yet ripe for decision.

The Court hereby WITHDRAWS its prior order relating these cases. Given that November 11, 2014, is a federal holiday, the parties have until November 12, 2014 to respond to Judge Westmore's Sua Sponte Referral.

**IT IS SO ORDERED.**

Dated: November 10, 2014

_____
JON S. TIGAR
United States District Judge