UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ADAN A. MAYEN,<br><br>    Plaintiff,<br><br>    v.<br><br>BANK OF AMERICA N.A., et al.,<br><br>    Defendants. | Case No.  14-cv-03757-JST<br><br>**ORDER TO SHOW CAUSE WHY COMPLAINT SHOULD NOT BE DISMISSED WITH PREJUDICE PURSUANT TO RULE 41(B)**<br><br>Re: ECF No. 31 |

On January 14, 2015, the Court issued an order granting Defendants' motions to dismiss Plaintiff's complaint, which Plaintiff did not oppose, and dismissing some of Plaintiff's claims with prejudice, and others without prejudice.  ECF No. 31.  The Court ordered Plaintiff to file an amended complaint by February 13, 2015.  Id. at 10.  The Court cautioned Plaintiff that if he did not file an amended complaint by that date, his complaint would be dismissed with prejudice.  Id.

As of today, Plaintiff has not filed an amended complaint.  Accordingly, the Court hereby orders Plaintiff to show cause why his complaint should not be dismissed with prejudice pursuant to Rule 41(b) of the Federal Rules of Civil Procedure.  Plaintiff shall file a response to this order no later than March 20, 2015.  If Plaintiff fails to file a response by this date, Plaintiff's complaint will be dismissed with prejudice.

Plaintiff is advised that he can find helpful information for *pro se* litigants at http://cand.uscourts.gov/proselitigants, including the Northern District's Representing Yourself in Federal Court: A Handbook for Pro Se Litigants.  The handbook is also available free of charge at the Clerk's Office.

Plaintiff is also encouraged to seek the assistance of the free Legal Help Center operated by the Bar Association of San Francisco.  The Legal Help Center has locations at 450 Golden Gate Avenue, 15th Floor, Room 2796, San Francisco, California and at 1301 Clay Street, 4th Floor,

1   Room 470S, Oakland, California.  Assistance is provided by appointment only.  A litigant may
2   schedule an appointment by signing up in the appointment book located on the table outside the
3   door of the Center or by calling the Legal Help Center appointment line at 415-782-8982.
4       IT IS SO ORDERED.
5   Dated:  February 27, 2015

                                                                             JON S. TIGAR
                                                United States District Judge